# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

Charles Ziegenfuss, et al.
Plaintiff

v.

Steven C. McCraw
Defendant

4:24-cv-01049-P
Civil Action No.

## CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

Charles Ziegenfuss, David Montgomery, Brian Robinson, and Firearms Policy Coalition, Inc.

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

Firearms Policy Coalition, Inc. - None

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

Charles Ziegenfuss, David Montgomery, Brian Robinson, and Firearms Policy Coalition, Inc.

Steven C. McCraw, in his official capacity as Director and Colonel of the Texas Department of Public Safety.

| | |
|---|---|
| Date: | October 28, 2024 |
| Signature: | /s/ R. Brent Cooper |
| Print Name: | R. Brent Cooper |
| Bar Number: | 04783250 |
| Address: | 900 Jackson Street, Suite 100 |
| City, State, Zip: | Dallas, Texas 75202 |
| Telephone: | (214) 712-9500 |
| Fax: | (214) 712-9540 |
| E-Mail: | brent.cooper@cooperscully.com |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil => Other Documents => Certificate of Interested Persons/Disclosure Statement.