UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**CHARLES ZIEGENFUSS, ET AL.,**

   Plaintiffs,

v.                            **No. 4:24-cv-01049-P**

**STEVEN C. MCCRAW,**

   Defendant.

## ORDER

The Plaintiffs' challenges to Texas Penal Code §§ 46.03(a)(4) (racetracks), 46.03(a)(7) (businesses where alcohol accounts for 51% or more of sales), and 46.03(a)(4) (sporting events), appear to be purely legal in nature. Thus, upon review of the pleadings, and in the interest of judicial efficiency, the Court proposes that the Parties immediately begin preparing briefs for summary judgment.

Accordingly, the Court **ORDERS** that the Parties meet and confer regarding this proposal and submit any objections to immediately transitioning to summary judgment by **February 11, 2025**. If there are no objections, the Court further **ORDERS** the Parties to include a joint proposal for a briefing schedule by **February 11, 2025**.[1]

**SO ORDERED** on this **4th day of February 2025.**

**MARK T. PITTMAN**
UNITED STATES DISTRICT JUDGE

---

[1] The Parties' proposed briefing schedule should conclude no later than **May 23, 2025**.