UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**CHARLES ZIEGENFUSS, ET AL.,**

   Plaintiffs,

v.                                      No. 4:24-cv-01049-P

**STEVEN C MCCRAW,**

   Defendant.

## ORDER

Before the Court is the Parties' Joint Status Report Regarding Summary Judgment Briefing ("Report"). ECF No. 23. The Parties agree to proceed to summary judgment in this case and propose that each side "submit the competing motions through two rounds of simultaneous briefing." *Id.* at 1. However, the Parties were unable to come to an agreement regarding a schedule for the briefing. *See id.*

Therefore, the Court **ORDERS** that Plaintiffs file their Motion for Summary Judgment and Defendant file his Cross-Motion for Summary Judgment **on or before April 16, 2025**. The Court further **ORDERS** that the Parties file a combined Opposition and Reply, as a single brief not to exceed 50 pages, **on or before May 14, 2025.**

**SO ORDERED** on this **12th day of February 2025.**

*[signature: Mark T. Pittman]*

**MARK T. PITTMAN**
UNITED STATES DISTRICT JUDGE