IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| CHARLES ZIEGENFUSS, DAVID MONTGOMERY, BRIAN ROBINSON, and FIREARMS POLICY COALITION, INC., <br><br> *Plaintiffs*, <br><br> v. <br><br> FREEMAN MARTIN, in his official capacity as Director and Colonel of the Texas Department of Public Safety, <br><br> *Defendants*. | CIVIL ACTION NO. 4:24-cv-01049-P |

**PLAINTIFFS' RESPONSE REGARDING**

**APPOINTMENT OF AN *AMICUS CURIAE***

Plaintiffs submit the following response to the Court's April 22, 2025 Order, ECF No. 32, regarding its intention to appoint an *amicus curiae* to defend the merits of the Texas Penal Code sections at issue in this case. Plaintiffs do not object to this Court making such an appointment. Plaintiffs do, however, request the opportunity to (a) file any appropriate objection to the particular *amicus* who may be appointed, and (b) respond to any defense of the merits by such an *amicus*.

Dated: April 29, 2025

|  |  |
|---|---|
|  | Respectfully submitted, |
| /s/ Bradley A. Benbrook<br>Bradley A. Benbrook* (TX Bar No. 24142064)<br>Stephen M. Duvernay* (TX Bar No. 24139565)<br>BENBROOK LAW GROUP, P.C.<br>701 University Avenue, Suite 106<br>Sacramento, California 95825<br>Telephone: (916) 447-4900<br>brad@benbrooklawgroup.com<br>steve@benbrooklawgroup.com | R. Brent Cooper (TX Bar No. 04783250)<br>COOPER & SCULLY, P.C.<br>900 Jackson Street, Suite 100<br>Dallas, Texas 75202<br>Telephone: (214) 712-9500<br>brent.cooper@cooperscully.com<br><br>*Admitted *pro hac vice*<br><br>*Attorneys for Plaintiffs* |

## CERTIFICATE OF SERVICE

      I hereby certify that, on April 29, 2025, a true and correct copy of the foregoing document and all supporting documents filed concurrently therewith were served via the Court's CM/ECF system to all counsel of record.

                                          /s/ Bradley A. Benbrook
                                          Bradley A. Benbrook