UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**CHARLES ZIEGENFUSS, ET AL.,**

   Plaintiffs,

v.                                         No. 4:24-cv-01049-P

**FREEMAN MARTIN,**

   Defendant.

## ORDER

   Before the Court is Plaintiffs' Motion for Leave to File First Amended Complaint (Motion). ECF No. 43. The Court hereby **SETS** the Motion for a hearing at **1:30 p.m. on July 24, 2025,** in the Fourth Floor Courtroom of the Eldon B. Mahon United States Court, 501 W 10th St., Fort Worth, Texas, 76102. All counsel are **ORDERED** to attend.[1]

   **SO ORDERED** on this **26th day of June 2025.**

_____
**MARK T. PITTMAN**
UNITED STATES DISTRICT JUDGE

---

[1] While the appointed Amici Curiae are certainly invited to attend, they are not ordered.