IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **CHARLES ZIEGENFUSS, et al.**<br>    *Plaintiffs*,<br><br>**v.**<br><br><br><br>**FREEMAN MARTIN,**<br>    *Defendant*. | Civil Action No. 4:24-cv-01049-P |

## NOTICE OF APPEARANCE OF ALEXA ACQUISTA

Gibson, Dunn & Crutcher LLP hereby provides notice that attorney Alexa Acquista is appearing as Amicus Curiae in the above-referenced caption. Gibson Dunn respectfully requests that copies of all pleadings, orders, notices, and other papers filed in this action be provided to Ms. Acquista as follows:

>   Alexa Acquista
>   GIBSON, DUNN & CRUTCHER LLP
>   2001 Ross Avenue, Suite 2100
>   Dallas, TX 75201
>   Telephone: 214-698-3100
>   AAcquista@gibsondunn.com

Dated:  July 23, 2025

                                              */s/ Alexa Acquista*
                                              Alexa Acquista
                                                Texas Bar No. 24126499
                                              GIBSON, DUNN & CRUTCHER LLP
                                              2001 Ross Avenue, Suite 2100
                                              Dallas, TX 75201
                                              Telephone: 214-698-3100
                                              AAcquista@gibsondunn.com

                                              *Appointed as Amicus Curiae*

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing document has been served on counsel of record pursuant to the Federal Rules of Civil Procedure.

                                          */s/ Alexa Acquista*
                                          Alexa Acquista