UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**CHARLES ZIEGENFUSS, ET AL.,**

    Plaintiffs,

v.                                              **No. 4:24-cv-01049-P**

**FREEMAN MARTIN,**

    Defendant.

**ORDER**

Plaintiffs initiated the above-captioned case nearly nine months ago. ECF No. 1. Now before the Court is Plaintiffs' Motion for Leave to File First Amended Complaint. ECF No. 43. Even though cross-motions for summary judgment are already fully briefed by the Parties, Plaintiffs seek to file an amended complaint. Because of this potentially drastic change, the Court held a hearing on July 24, 2025. *See* ECF No. 45.

At the hearing, the Court heard arguments from the Parties and voiced its various concerns with the Motion. *First*, on February 11, 2025, all Parties agreed to proceed with summary judgment briefing because the issues presented were purely legal. ECF No. 23. The addition of new parties and briefing would disrupt that agreement that has guided this case until now. *Second*, the Motion proposes to add new statutes and arguments that would further alter the case. And *third*, it is too late to make such a sweeping change to this lawsuit. Granting leave to file an amended complaint would likely delay the disposition of the fully briefed motions for summary judgment, and such a delay would prejudice the State. For these reasons and all others stated on the record at the hearing, the Court **DENIES** the Motion.

    **SO ORDERED** on this **24th day of July 2025.**

**MARK T. PITTMAN**
UNITED STATES DISTRICT JUDGE