UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**CHARLES ZIEGENFUSS, ET AL.,**

  Plaintiffs,

v.                                         **No. 4:24-cv-01049-P**

**FREEMAN MARTIN,**

  Defendant.

## ORDER

Before the Court are the Motion for Summary Judgment and the Cross Motion for Summary Judgment. ECF Nos. 25, 29.

The Court sets the Motions and all related filings for a hearing on Thursday, November 20, 2025, at 2:00 p.m. The hearing will take place in Judge Pittman's courtroom on the fourth floor of the Eldon B. Mahon Courthouse. The Courthouse's address is 501 W. 10th Street, Fort Worth, TX 76102.

The Court would like the parties to focus on two issues:

(1) How the Court should treat historical evidence from the 1791 era compared to the 1868 era when interpreting the constitutional text, and

(2) Whether this case should be stayed pending the Supreme Court of the United States' resolution of *Wolford v. Lopez*, 24-1046 (U.S. cert. granted Oct. 3, 2025).

**SO ORDERED** on this **28th day of October 2025.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE