UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**CHARLES ZIEGENFUSS, ET AL.,**

    Plaintiffs,

v.                                                                              **No. 4:24-cv-01049-P**

**FREEMAN MARTIN,**

    Defendant.

### FINAL JUDGMENT

    This final judgment is issued pursuant to Federal Rule of Civil Procedure 58(a). In accordance with the Parties' Joint Stipulation, this case is **DISMISSED with prejudice**. The Clerk of the Court shall transmit a true copy of this judgment to the parties.

    **SO ORDERED** on this **24th day of March 2026.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE