IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| CHARLES ZIEGENFUSS, DAVID MONTGOMERY, BRIAN ROBINSON, and FIREARMS POLICY COALITION, INC., <br><br> *Plaintiffs,* <br><br> v. <br><br> FREEMAN MARTIN, in his official capacity as Director and Colonel of the Texas Department of Public Safety, <br><br> *Defendants.* | CIVIL ACTION NO. 4:24-cv-01049-P |

**NOTICE OF APPEAL**

PLEASE TAKE NOTICE that Plaintiffs Charles Ziegenfuss, David Montgomery, Brian Robinson, and Firearms Policy Coalition, Inc. hereby appeal to the United States Court of Appeals for the Fifth Circuit from the Court's Final Judgment (ECF No. 67) and all prior orders intertwined with that judgment including, but not limited to, the Court's Opinion & Order on the Parties' Cross-Motions for Summary Judgment (ECF No. 66) and the Court's Order denying Plaintiffs' Motion for Leave to File First Amended Complaint (ECF No. 53).

Dated: March 24, 2026

Respectfully submitted,

/s/ Bradley A. Benbrook
Bradley A. Benbrook* (TX Bar No. 24142064)
Stephen M. Duvernay* (TX Bar No. 24139565)
BENBROOK LAW GROUP, P.C.
701 University Avenue, Suite 106
Sacramento, California 95825
Telephone: (916) 447-4900
brad@benbrooklawgroup.com
steve@benbrooklawgroup.com

R. Brent Cooper (TX Bar No. 04783250)
COOPER & SCULLY, P.C.
900 Jackson Street, Suite 100
Dallas, Texas 75202
Telephone: (214) 712-9500
brent.cooper@cooperscully.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs*

1

## CERTIFICATE OF SERVICE

I hereby certify that, on March 24, 2026, a true and correct copy of the foregoing document and all supporting documents filed concurrently therewith were served via the Court's CM/ECF system to all counsel of record.

/s/ Bradley A. Benbrook
Bradley A. Benbrook