**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| CHARLES ZIEGENFUSS, DAVID MONTGOMERY, BRIAN ROBINSON, and FIREARMS POLICY COALITION, INC., | | |
| *Plaintiffs,* | | CIVIL ACTION NO. 4:24-cv-01049 |
| v. | | |
| STEVEN C. MCCRAW, in his official capacity as Director and Colonel of the Texas Department of Public Safety, | | |
| *Defendant.* | | |

**DEFENDANT'S MOTION
TO WITHDRAW ZACHARY RHINES AS COUNSEL**

Defendant, Steven C. McCraw, in his official capacity as Director and Colonel of the Texas Department of Public Safety , hereby files this Unopposed Motion to Withdraw Zachary L. Rhines as counsel of record in this matter.

Mr. Rhines has accepted a position outside the Office of the Attorney General of Texas, and Defendant respectfully requests that he be withdrawn as counsel of record in this matter. Defendant will continue to be represented by co-counsel listed below. This withdrawal will not delay any proceedings.

1

Date: June 12, 2026

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

ROB FARQUHARSON
Deputy Attorney General for Legal Strategy

RYAN KERCHER
Deputy Chief, Special Litigation Division

Respectfully submitted.

*/s/ Zachary L. Rhines*
ZACHARY L. RHINES
Special Counsel
Texas State Bar No. 24116957
zachary.rhines@oag.texas.gov

KYLE S. TEBO
Special Counsel
Texas State Bar No. 24137691
kyle.tebo@oag.texas.gov

OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548 (MC-009)
Austin, Texas 78711-2548
Telephone: (512) 463-2100

COUNSEL FOR THE STATE OF TEXAS

## CERTIFICATE OF CONFERENCE

I hereby certify that on June 5, 2026, this office conferred with all counsel by email, and none expressed opposition to this motion.

*/s/ Zachary L. Rhines*
ZACHARY L. RHINES
Special Counsel

## CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5(a), I hereby certify that on June 12, 2026, a true and correct copy of the above and foregoing document has been served using the CM/ECF system to all counsel and parties of record.

*/s/ Zachary L. Rhines*
ZACHARY L. RHINES
Special Counsel

2