**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | |
|---|---|
| CHARLES ZIEGENFUSS, DAVID MONTGOMERY, BRIAN ROBINSON, and FIREARMS POLICY COALITION, INC., | |
| *Plaintiffs,* | CIVIL ACTION NO. 4:24-cv-01049 |
| v. | |
| STEVEN C. MCCRAW, in his official capacity as Director and Colonel of the Texas Department of Public Safety, | |
| *Defendant.* | |

**AMICI CURIAE'S UNOPPOSED
MOTION TO WITHDRAW ALEXA N.
ACQUISTA AS COUNSEL**

Amici Curiae hereby file this Unopposed Motion to Withdraw Alexa N. Acquista as counsel of record in this matter. Ms. Acquista will no longer be affiliated with Gibson, Dunn & Crutcher as of July 21, 2026, and amici respectfully request that she be withdrawn as counsel of record in this matter. Amici will continue to be represented by counsel listed below. This withdrawal will not delay any proceedings.

1

Dated:  July 20, 2026                                  Respectfully submitted,


Eric Ruben (New York Bar No. 4612495)                  /s/ Gregg Costa
(*admitted pro hac vice*)                              Gregg Costa (Texas Bar No. 24028160)
Associate Professor of Law SMU                         Kylie Calabrese (Texas Bar No.24120738)
DEDMAN SCHOOL OF LAW                                   GIBSON, DUNN & CRUTCHER LLP
3315 Daniel Avenue                                     811 Main Street, Suite 3000
Dalas, Texas 75205                                     Houston, Texas 77002
Telephone: (214) 768-2581                              Telephone: (346) 718-6600
*eruben@smu.edu*                                       *gcosta@gibsondunn.com*
                                                       *kcalabrese@gibsondunn.com*

                                                       Alexa Acquista (Texas Bar No. 24126499)
                                                       Andrew Mitchell (Texas Bar No. 24125330)
                                                       Arjun Ogale (Texas Bar No. 24127222)
                                                       GIBSON, DUNN & CRUTCHER LLP
                                                       2001 Ross Avenue, Suite 2100
                                                       Dallas, Texas 75201
                                                       Telephone: (214) 698-3322
                                                       *aacquista@gibsondunn.com*
                                                       *amitchell@gibsondunn.com*
                                                       *aogale@gibsondunn.com*


## CERTIFICATE OF CONFERENCE

I hereby certify that on July 20, 2026, this office conferred with all counsel by email, and none expressed opposition to this motion.

/s/ Gregg Costa
GREGG COSTA


## CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5(a), I hereby certify that on July 20, 2026, a true and correct copy of the above and foregoing document has been served using the CM/ECF system to all counsel and parties of record.

/s/ Gregg Costa
GREGG COSTA

2